**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Greg Steven COOKE, Defendant–**
**Appellant.**

**No. 01–7665.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 4, 2002.

Decided April 16, 2002.

Greg Steven Cooke, Appellant Pro Se.
Paul Alexander Weinman, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Greg Steven Cooke seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Cooke*, Nos. CR–95–160; CA–00–1056 (M.D.N.C. Aug. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*